

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 25, 2025**

_____
**United States Bankruptcy Judge**

___

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:
CHRISTOPHER SHERMAN
5408 BOCA BAY DR
APT 1515
FORT WORTH, TX 76112
SSN/TIN: XXX-XX-8571

CASE NO.: 25-44031-ELM-13

### ORDER DISMISSING CHAPTER 13 CASE
### ON NOTICE OF INTENT TO DISMISS FOR NO FIRST PAYMENT

As evidenced by the signature below, the Chapter 13 Trustee certifies that the Debtor failed to timely pay Trustee the first Plan Payment within 30 days of the Petition Date.

IT IS THEREFORE ORDERED that this case is DISMISSED pursuant to the Standing Order Concerning All Chapter 13 Cases.

IT IS FURTHER ORDERED that if a party to this case filed a motion to amend this Order within 14 days and seeks a dismissal with prejudice, sanctions, or other relief deemed appropriate by the Court, this Order may be amended by the Court after notice and a hearing.

IT IS FURTHER ORDERED that all debts due and owing creditors as of this date are NOT DISCHARGED or affected in any manner by this Order.

**THIS CASE WILL BE CLOSED 21 DAYS AFTER ENTRY OF THIS ORDER PROVIDED THAT IT IS A SINGLE DEBTOR CASE OR A JOINT DEBTOR CASE AND BOTH DEBTORS ARE DISMISSED.**

###END OF ORDER###

APPROVED:

/s/ Pam Bassel
Pam Bassel, Trustee